```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 20062
   MERCY HALL
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-3971

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 10/29/2007 and was confirmed 12/17/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was converted to chapter 7 after confirmation 09/13/2008.
------------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------
DISCOVER FINANCIAL SERVI UNSECURED        5473.76           .00           .00
COMMONWEALTH EDISON      UNSECURED         617.34           .00           .00
PEOPLES GAS LIGHT & COKE UNSECURED         484.41           .00           .00
HOMEQ SERVICING          CURRENT MORTG        .00           .00           .00
HOMEQ SERVICING          MORTGAGE ARRE     808.80           .00        808.80
ECAST SETTLEMENT CORP    UNSECURED        1429.93           .00           .00
HSBC BANK NEVADA NA      UNSECURED        1455.26           .00           .00
WOW INTERNET AND CABLE   UNSECURED       NOT FILED          .00           .00
ILLINOIS DEPT OF REVENUE PRIORITY         1003.29           .00           .00
ILLINOIS DEPT OF REVENUE UNSECURED          80.00           .00           .00
BURNS & WINCEK LTD       DEBTOR ATTY     2,800.00                     2,800.00
TOM VAUGHN               TRUSTEE                                        291.20
DEBTOR REFUND            REFUND                                            .00

          Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                      RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE               3,900.00

PRIORITY                                         .00
SECURED                                       808.80
UNSECURED                                        .00
ADMINISTRATIVE                              2,800.00
TRUSTEE COMPENSATION                          291.20
DEBTOR REFUND                                    .00
                      ---------------    ---------------
TOTALS                3,900.00              3,900.00
```

            PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 07 B 20062 MERCY HALL

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 12/29/08
                                  /s/ Tom Vaughn
                                _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE